UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ELDER BENJAMIN ORTIZ SINTUJ,<br><br>Petitioner<br><br>v.<br><br>DERRICK STAMPER, et al.,<br><br>Respondents | ) | CIVIL NO. 2:26-cv-00027-JAW |

JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr. on January 28, 2026;

The Petition for Writ of Habeas Corpus is Granted.

Dated this 29th day of January 2026.

ERIC M. STORMS
ACTING CLERK

By: /s/ Joanne McCue
Deputy Clerk