UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ELDER BENJAMIN ORTIZ SINTUJ, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 2:26-cv-00027-JAW |
| | ) | |
| DERRICK STAMPER, et al. | ) | |
| | ) | |
| Respondents | ) | |

AMENDED JUDGMENT

Pursuant to the Order entered by U.S. District Judge John A. Woodcock, Jr., on February 9, 2026;

The Petition for Writ of Habeas Corpus is Dismissed as Moot.

Jennifer P. Lyons, Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: February 9, 2026